## AFFIDAVIT

I, Christopher F. White, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") in Kansas City, Missouri, and have been assigned to this office since November 2023, following graduation from the FBI Academy in Quantico, Virginia. I am currently assigned to the FBI Kansas City Division's Joint Terrorism Task Force ("JTTF"), which is comprised of law enforcement officers from several state and local law enforcement agencies in Kansas and Missouri. As a member of the JTTF, I am responsible for investigating violations that contribute to matters of Domestic Terrorism, which includes, but is not limited to, threatening interstate communications and the distribution of information relating to explosives, destructive devices, and weapons of mass destruction. While conducting investigations, I have assisted on interviews, surveillances, search warrants, and arrest warrants. Prior to being hired by the FBI, I was a police officer and detective for eight years investigating various criminal violations. Through my experience, education, and training, I have become familiar with methods and tradecraft utilized by individuals to communicate or engage in activities in support of domestic terrorism. I have gained this knowledge through my training at the FBI Academy and my daily work related to domestic terrorism investigations. As a Special Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

2.      The statements in this affidavit are based in part on my own investigation as well as information provided by other law enforcement officials, and on my experience, training, and background. The information contained in this affidavit is submitted for the sole purpose of demonstrating that probable cause exists for the issuance of a criminal Complaint. Because this affidavit is being submitted for that limited purpose, it does not contain all the information known to me and/or other law enforcement officers involved in this investigation. Rather, it contains only those facts which I believe are necessary to establish the requisite probable cause for the requested Complaint.

3.      There is probable cause to believe that violations of 18 U.S.C. § 844(i), malicious damage and attempted malicious damage by fire of any property used in interstate commerce, and 26 U.S.C. §§ 5681(d) and 5871, unlawful possession of an unregistered firearm (specifically a destructive device as defined in 26 U.S.C. § 5845(a)(8) and (f)) ("Target Offenses") have been committed by **Kevin A. Harkins** ("**HARKINS**").

## PROBABLE CAUSE

### *Arson at the KC Tesla Center*

4.      The Kansas City, Missouri Tesla Center ("KC Tesla Center") is located at 10111 State Line Road, in Kansas City, Missouri, which is within the Western District of Missouri. KC Tesla Center is owned by Tesla, Inc. ("Tesla"). Tesla is headquartered in Austin, Texas, and operates numerous motor vehicle dealerships and service centers nationwide and internationally that provide appointments, repairs, test drives, charging stations, and purchases of Tesla vehicles. The KC Tesla Center is one such dealership/service center. The KC Tesla Center advertises through their website, Tesla.com, for these services and can conduct sales and financial

2

transactions with anyone in the United States. The KC Tesla Center has also performed vehicle services for maintenances and repairs for customers residing in and traveling from states outside of Missouri. This Tesla Center holds vehicle inventory that has been shipped in interstate commerce from Austin, Texas.

5.     On February 13, 2025, at 9:25 p.m., officers with the Kansas City, Missouri Police Department ("KCMOPD") were dispatched to a residence which is one street north of the KC Tesla Center ("Residence 1")[1] in Kansas City, Missouri, on a reported sound of gunshots. At the same time, the Kansas City Fire Department ("KCFD") was dispatched to the KC Tesla Center on a reported fire. The KC Tesla Center is located within the Western District of Missouri.

6.     When officers arrived at the KC Tesla Center, an officer reported seeing a Cybertruck, later identified as a 2024 Tesla Cybertruck bearing VIN: 7G2CEHED8RA053174 ("Cybertruck One"), in the Northwest corner of the parking lot. Cybertruck One had been shot approximately nine times on the driver side and the driver side also sustained fire damage. Officers reported an ignitable liquid appeared to have been poured in this area, ignited, and allowed to burn. Suspected residue from the flammable liquid was on the driver side of Cybertruck One. Officers located brown broken glass, which was consistent with a beer bottle, and charred cloth material on the ground below Cybertruck One. Officers also located a blue Bernzomatic propane hand torch on top of Cybertruck One and a red Bic cigarette lighter on the ground near Cybertruck One's driver's side. Cybertruck One is valued by Tesla at $81,985.

_____

[1] I, as the affiant, am aware of the address of Residence One, but it will not be listed in this Affidavit.

3



7.    Parked near Cybertruck One was a Tesla Model Y bearing Arkansas license plate AMP02G ("Model Y"). Below is a picture of the Model Y in the center of the picture and the rear of Cybertruck One is visible on the left-side of the picture.



8.    The Model Y was observed to have approximately seven bullet holes located in the front hood area, as seen below.

4



9.    Officers responding to the scene the night of the arson at the KC Tesla Center located two Michelob Ultra beer bottles behind the rear driver side quarter panel of the Model Y, as shown in the photographs below.



10.    These beer bottles were of a consistent color as the brown broken glass found next to Cybertruck One. One of the beer bottles ("Bottle One") near the Model Y appeared to be empty, but the second beer bottle ("Bottle Two") had a cloth wick made of apparent   scraps of a black plaid-style shirt that was sticking out of the bottle and an odor of suspected gasoline was present, as shown in the photograph below.

5



11.     Officers believed Bottle Two was consistent with an improvised incendiary device ("Improvised Incendiary Device"), which is commonly known as a "Molotov Cocktail." Bottle One and Bottle Two were later determined to also contain polystyrene. Polystyrene (Styrofoam) is commonly added to an incendiary device to make a gel-like flammable substance that sticks to the intended target. Bottle Two also was later determined to have polystyrene and gasoline.

12.     On March 28, 2025, the ATF lab examined the scraps of the black plaid-style shirt, a vial collected from one of the collected beer bottles, and Bottles One and Two. Sugar was identified in a white powder found on the scraps of plaid-style shirt. Gasoline and sugar were found in the vial and Bottles One and Two had a white powder from inside that contained sugar.

13.     Bottle One and Bottle Two were sent to the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") for examination to determine whether they are improvised incendiary devices. On June 20, 2025, an ATF report of examination concluded that Bottle Two was designed as a weapon and is an improvised incendiary bomb. Incendiary bombs, commonly referred to as firebombs or "Molotov cocktails," are destructive devices as that term is defined in 26 U.S.C. § 5845(f) and would be regulated in accordance with the Federal firearms laws. Thus, Bottle Two

falls within the meaning of an incendiary device found in paragraph (5) of 18 U.S.C. § 232 and is therefore an explosive as that term is defined in 18 U.S.C. § 844(j).

14.     The red Bic lighter, blue Bernzomatic propane hand torch, Bottle One, Bottle Two, the swabs from Bottles One and Two, a vial containing the polystyrene mixture, and black plaid-style shirt scraps were also sent to an ATF lab for comparative DNA analysis. While a final report is pending, ATF has informed me preliminarily that it identified two male DNA profiles from one location on the Bernzomatic propane hand torch, and two other swabs from different locations on Bernzomatic propane hand torch had one of those two male DNA profiles present also. ATF also informed me preliminarily pending a final report that same male DNA profile that was present on all three locations of the Bernzomatic propane hand torch was also located on the red Bic lighter and a black plaid-style shirt scrap.

15.     It was determined that a total of three Tesla vehicles parked in the northwest parking lot of the KC Tesla Center sustained damage. As noted, Cybertruck One sustained damage from bullet impacts and fire damage from the improvised incendiary devices. Model Y sustained damage by apparent bullet impacts. Another 2024 Telsa Cybertruck bearing VIN: 7G2CEHED7RA053876 was damaged by an apparent bullet ricochet that appeared to have occurred from shooting Cybertruck One.

16.     KCMOPD officers located foot tracks in the snow leading from the northwest parking lot of the KC Tesla Center to the sidewalk located on the east/Missouri side of State Line Road, just south of the street one block north of the KC Tesla Center. Two 9mm shell casings were also located in this area, which was approximately 100 feet west of the damaged Cybertruck One.

The foot tracks were tracked from this area into the backyard of Residence One and the residence bordering Residence One to the west ("Residence Two")[1].





### *Witness Observations and Identification of the Suspect Vehicle and HARKINS*

17.    KCMOPD officers contacted a witness ("Witness One"), who provided the following information: Witness One described the suspect ("Suspect") as a white male, approximately 25-35 years old, approximately six feet tall, approximately 150-170 pounds, and was wearing "tactical gear." Witness One said that on February 13, 2025, at approximately 9:25 p.m., Witness One heard approximately 12-15 gunshots. Witness One looked out the west

---

[1] I, as the affiant, am aware of the address of Residence Two, but it will not be listed in this Affidavit.

windows of their residence and observed a male running northbound through the east side yard of Residence Two.

18.     Witness One told a family member to call 911. Witness One went onto their rear deck and observed the Suspect, who I believe for reasons detailed below to be **HARKINS**, standing in the backyard of Residence Two on the southwest corner of the backyard. Witness One observed the Suspect's arm was raised and he began shooting 12-15 more rounds from an unknown firearm. Witness One believed the Suspect was shooting into the KC Tesla Center parking lot. Witness One confronted the Suspect and ordered him to get on the ground as Witness One pointed Witness One's own firearm at the Suspect. The Suspect stated, "Fuck you" and ran back to the north along the east side of Residence Two. Witness One observed the suspect enter a black or blue sedan ("Suspect Vehicle"), which was parked between Residence One and the residence bordering Residence One to the east ("Residence Three")[1] facing eastbound on the south side of the street. Witness One observed the Suspect Vehicle parked next to a street light pole just east of Witness One's driveway. The Suspect fled in the Suspect Vehicle eastbound. Witness One provided a surveillance video taken from Residence Three showing the Suspect Vehicle leaving the area, more fully described below.

19.     KCMOPD officers also contacted the resident ("Witness Two") of Residence Three. Witness Two reported hearing approximately 30 sounds of shots on February 13, 2025, at 9:25 p.m. Witness Two did not see the Suspect or Suspect Vehicle. Witness Two later spoke with Witness One about the incident. Witness Two reviewed their surveillance footage, which recorded

---

[1] I, as the affiant, am aware of the address of Residence Three, but it will not be listed in this Affidavit.

9

the Suspect yelling at Witness One and the Suspect fleeing in a sedan. Witness Two stated the Suspect Vehicle had parked just east of the driveway of Residence One.

20.     In the surveillance footage from Residence Three, a black sedan was observed parked on the south side of the street just east of Residence One facing east. A vehicle was observed traveling westbound on 100th Terrace past the Suspect Vehicle at the beginning of the video. At time-stamp 00:09, an apparent male voice yelled, "Fuck Off!" At timestamp 00:10 seconds, the Suspect was seen approaching the Suspect Vehicle from the west and moving to the driver's side door. At time-stamp 00:13, the lights on the Suspect Vehicle flash and the suspect enters the driver's door. At time-stamp 00:20, the lights on the Suspect Vehicle turn on and the Suspect Vehicle drives eastbound.

21.     KCMOPD officers reviewed surveillance footage provided by the KC Tesla Center. Surveillance footage of the west side of the KC Tesla Center building revealed a black sedan traveling northbound on State Line Road in front of the Tesla Dealership at time-stamp 51:12,[1] and the sedan turned eastbound onto the street housing Residences One, Two, and Three at time-stamp 51:26. Surveillance footage on the north side of the KC Telsa Center revealed the black sedan seen slowing down and stopping just east of Residence One at time-stamp 51:47 and appearing to park as its lights turn off.

22.     Surveillance footage on the west side of the KC Tesla Center revealed that at 57:36, the Suspect walked from the backyard of Residence One towards the northwest corner of the KC Telsa Center parking lot. At time-stamp 58:04, the Suspect was observed walking in front of a Telsa Cybertruck, just a few feet away of Cybertruck One. About three minutes later, at time-

---

[1] The Tesla footage provided did not have a time stamp associated with hours and minutes, thus this Affidavit references the time stamps on the video.

stamp 1:00:48, fire was visible on the surveillance video in the northwest corner of the KC Tesla Center parking lot on both the north and west surveillance camera footage, which is where the Cybertruck One and the Model Y were located. At time-stamp 1:00:48, an apparent incendiary device was thrown by the Suspect at Cybertruck One parked in the northwest corner of the KC Tesla Center parking lot. As shown in the photographs below, at one moment there is no fire in the area, and then a fire appears in the area of where Cybertruck One and the Model Y were located. Roughly twenty seconds later, at time-stamp 1:01:09, a second incendiary device was thrown at Cybertruck One.

23.     A city camera at the intersection of 103rd Street and State Line on February 13, 2025, showed the fire visible from the first device at 9:23:41 p.m., and the fire visible from the second device at 9:24:01 p.m.





11

24. The north and west surveillance cameras at the KC Tesla center revealed vehicles being driven in the KC Tesla Center parking lot as well as on State Line Road while the Suspect was engaged in shooting and throwing the incendiary devices at Cybertruck One and the Model Y, which is shown in the photographs below.



25. The north and west surveillance cameras at the KC Tesla Center revealed that at time-stamp 1:02:15, the Suspect can be observed moving west away from the area of the burning Cybertruck One. The Suspect moves towards State Line Road and appears to walk to the area where Witness One observed the Suspect firing a weapon. The Suspect then walks east into the backyard of Residence One. On the west surveillance footage at time-stamp 1:05:10, the Suspect can be seen running from east to west in the backyard of Residence One. The Suspect appears to stop where Witness One observed the Suspect firing a weapon. At time-stamp 1:05:25, the Suspect appears to move back east through the back yard of Residence One.

26. At time-stamp 1:06:05, the KC Tesla Center's north surveillance camera shows lights flashing in the exact area where the Suspect Vehicle was observed stopping just east of Residence One previously at time-stamp 51:47, which is consistent with the Suspect getting into his Vehicle and leaving the area eastbound.

27. KCMOPD officers reviewed city cameras in the area of 103rd Street and State Line Road from the time just before the Suspect Vehicle turned onto and parked on the street housing Residences One, Two, and Three. A black sedan was observed traveling northbound on State Line Road through 103rd Street on February 13, 2025, at 9:13:48 p.m.

12

28. Officers then reviewed the automated license plate reader ("LPR") at the intersection of 103rd Street and State Line Road and discovered that vehicle was a black Volkswagen Jetta with Missouri license plate NL2C5W ("**HARKINS's** Vehicle" or "the Jetta"). Below is a picture of the Jetta captured at the State Line and 103rd Street LPR along with the information associated to the Jetta.



| Information | |
|---|---|
| Plate read | NL2C5W |
| Location | (38.94211),(-94.60834) |
| Address | |
| Date | 2/13/2025 9:13:49 PM |
| Unit | 103rd & State Line NB |

| Device | 103rd & State Line NB - Lpr Camera |
|---|---|

29.     Investigators then conducted a check of Missouri license plate NL2C5W through the Missouri Department of Revenue ("DOR"). Officers learned the Jetta is registered to **HARKINS** at an address in Kansas City, Missouri ("the Kansas City Residence").[1] KCMOPD officers also conducted a check through DOR for **HARKINS** and identified a Missouri driver's license showing his address was also listed as the Kansas City Residence and observed the Jetta parked in the Kansas City Residence's driveway on February 20, 2025.

30.     FBI Kansas City also conducted a check through the DOR for **HARKINS**, which identified a Missouri driver's license showing **HARKINS's** date of birth as March 3, 1998, meaning he would have been just shy of turning 27 years old at the time of the Target Offenses, which is within the estimated age range of the Suspect provided by Witness One. **HARKINS** is listed as 5'11" and 160 pounds, which also matches with the description of the Suspect provided by Witness One.

31.     The following timeline is a reconciliation of the events occurring on the various time stamps from the KC Telsa Center surveillance with the city camera in the area of 103rd Street and State Line Road:

| EVENT | KC Tesla Center Time | City Camera Time |
|---|---|---|
| Jetta passing northbound on State Line Road through 103rd Street | Not captured | 9:13:48 p.m. |

[1] I, as the affiant, am aware of the address of the Kansas City Residence, but it will not be listed in this Affidavit.

14

| | | |
|---|---|---|
| Suspect Vehicle passing in front of KC Tesla Center | 51:12 | 9:14:06 p.m. |
| Suspect Vehicle turning onto the street housing Residences One, Two, and Three | 51:26 | 9:14:20 p.m. |
| Suspect Vehicle stopping just east of Residence One | 51:47 | 9:14:41 p.m. |
| Suspect walking from Residence Two to KC Tesla Center | 57:36 | 9:20:30 p.m. |
| Suspect walks in front of Cybertruck | 58:04 | 9:20:58 p.m. |
| Incendiary Device 1 | 100:47 | 9:23:41 p.m. |
| Incendiary Device 2 | 101:09 | 9:24:01 p.m. |
| Suspect moves from Cybertruck to backyard of Residence Two | 102:15 | 9:25:07 p.m. |
| Suspect moves from backyard of Residence Two to State Line Road | 105:10 | 9:28:02 p.m. |
| Suspect moves from State Line Road to backyard of Residence Two | 105:25 | 9:28:27 p.m. |
| Suspect Vehicle leaves Eastbound | 106:05 | 9:29:07 p.m. |

32.     KCMOPD officers reviewed other city cameras within Kansas City, Missouri. Officers learned the Jetta was captured on camera traveling westbound on Blue Ridge Boulevard at Holmes Road at approximately 9:05 p.m. on February 13, 2025. The Jetta continued westbound on Blue Ridge Boulevard before turning north on State Line Road at approximately 9:08 p.m. on February 13, 2025. The Jetta was captured on city cameras traveling north on State Line Road past the KC Tesla Center before turning eastbound onto the street housing Residences One, Two, and

15

Three at approximately 9:14 p.m. on February 13, 2025, as discussed above, just before the Target Offenses.

33.     On February 13, 2025, at 11:35 p.m., roughly two hours after the fires at the KC Tesla Center, city cameras captured the Jetta traveling westbound on MO-150 Highway and turning northbound on State Line Road, which is generally toward the KC Tesla Center from there. The Jetta was captured by the LPR driving northbound on State Line Road at 103rd Street at 11:41 p.m. and is captured by the KC Tesla Center security footage traveling northbound on State Line Road passing the KC Tesla Center at 11:41 p.m. The Jetta had previously been recorded traveling through the intersection of 103rd Street and State Line Road on only one other date[1] in the previous year.

34.     On March 11, 2025, KCMOPD obtained signed search warrants, through the Sixteenth Judicial Circuit, Jackson County, Missouri for cellular phone companies, seeking tower dump and area search records based upon four locations. The four locations were:

- Location 1: Residence Two during the time period of February 13, 2025, at 9:08 p.m. to 9:34 p.m.

- Location 2: The Kansas City Residence during the time period of February 13, 2025, at 8:45 p.m. to 9:00 p.m.

- Location 3: 127th Street and State Line Road, Kansas City, MO during the time period of February 13, 2025, at 9:03 p.m. to 9:13 p.m.

- Location 4: The Kansas City Residence during the time period of February 13, 2025, at 9:45 p.m. to 9:55 p.m.

35.     KCMOPD officers also conducted a search of a law enforcement specific database, which showed **HARKINS** to also have telephone number 816-406-5642 ("5642 Number").

---

[1] That date was December 5, 2024, at 12:58:41 p.m.

16

Records showed **Kevin Harkins** as the account holder, with a listed address at the Kansas City Residence, email address harkinskevin2284@gmail.com.

36.     A review of the records from the tower dump and area search for the four locations, except for the area search records which were inadvertently not sought and thus not included for Location 4, was conducted. That review revealed the 5642 Number was not observed in the records provided for Location 1, 2, or 3 during the above-listed times, but was observed in the tower dump records returned for Location 4 at 9:52 p.m.

37.     A review of historical cell site information obtained pursuant to a federal search warrant on the 5642 Number by the FBI Cellular Analysis Survey Team ("CAST") shows that the 5642 Number had six (6) Data Connections between 9:52:18 p.m. and 10:34:33 p.m. on February 13, 2025, showing within the vicinity of the Kansas City Residence. There were five Timing Advance Measurements and the Timing Advance Measurements were all 0.63 miles. Below is a screenshot of the official CAST summary cell site connections:



17

38.     FBI Kansas City also obtained subscriber information and call detail records pertaining to the 5642 Number for the time period of February 1, 2025, through April 8, 2025. There was no phone calls made or received between February 13, 2025, at 6:06 p.m. through February 14, 2025, at 10:57 a.m. There was no text messages made or received between February 13, 2025, from 6:18 p.m. through February 14, 2025, at 4:08 p.m.

39.     On April 2, 2025, FBI Kansas City located **HARKINS's** Facebook account, and he had updated his profile picture to be a fist with the word "RESIST" written below.



40.     The words "RESIST" possibly refers to the Resist Trump movement which protests and campaigns both on and offline against the U.S. President Donald Trump and his administration. In March of 2025, a subject in Las Vegas, Nevada, was involved in an incident where he used a rifle to shoot at Tesla vehicles at a Tesla dealership before throwing incendiary devices at the vehicles. The subject was seen spray painting "RESIST" on the front doors to the dealership.

18

41.     On April 4, 2025, **HARKINS** changed his profile picture to a picture of himself. In the background of the photo are several handgun shell casings strung from a string. The shell casings in the profile picture are consistent with the shell casings that were recovered on scene at KC Tesla Center.



### *Surveillance in Kansas City and Barnhardt, Missouri*

42.     FBI Kansas City obtained employment records for **HARKINS**, which showed employment at a business ("Business") with a location in Kansas City ("Kansas City Area Business Location").[1] On May 2, 2025, FBI Kansas City conducted physical surveillance of **HARKINS** at the Kansas City Area Business Location. At 4:57 a.m., the Jetta was located parked

_____

[1] I, as the affiant, am aware of Kansas City Area Business Location's actual address, but it will not be listed in this Affidavit.

and unoccupied in the Kansas City Area Business Location's parking lot. At 6:02 a.m., **HARKINS** exited the Business and entered the Jetta and exited the parking lot. At 6:07 a.m., the Jetta was seen parked and unoccupied on the street in front of the Kansas City Residence.

43.     On June 24, 26, and July 2, 2025, FBI Kansas City conducted physical surveillance on **HARKINS** and observed him to be driving the Jetta**.**

44.     On July 10 and July 11, 2025, FBI Kansas City conducted physical surveillance of **HARKINS** at the Kansas City Residence and observed **HARKINS** moving furniture from the Kansas City Residence and loading it into the Jetta. At one point, **HARKINS** was seen taking a furniture dolly from another vehicle and taking it towards the Kansas City Residence as if he were moving out of the Kansas City Residence. On July 11, 2025, at approximately 2:24 p.m., LPRs showed the Jetta driving eastbound on I-70 out of the Kansas City area.

45.     From July 11, 2025, through August 18, 2025, LPRs showed the Jetta in the St. Louis, Missouri area. On July 25, 2025, FBI St. Louis conducted physical surveillance of **HARKINS** at another location of the Business in the greater St. Louis area ("St. Louis Area Business Location").[1] At 5:23 a.m., **HARKINS** exited the St. Louis Area Business and entered the Jetta and exited the parking lot. At 5:51 a.m., the Jetta was parked in the driveway of a residence in Barnhardt, Missouri ("the Barnhardt Residence").[2] FBI St. Louis conducted physical surveillance and observed the Jetta parked in the Barnhardt Residence's driveway of the Barnhardt Residence on July 25, 28, 30 and August 11, 2025. On August 15, 2025, physical surveillance was

---

[1] I, as the affiant, am aware of St. Louis Area Business Location's address, but it will not be listed in this Affidavit.

[2] I, as the affiant, am aware of the Barnhardt Residence's address, but it will not be listed in this Affidavit.

20

conducted on **HARKINS** at the St. Louis Area Business Location. At 1:55 p.m., the Jetta was observed parked and unoccupied in the parking lot and **HARKINS** was observed working inside the St. Louis Area Business Location. Information from **HARKINS** employment records also showed he had provided an address of the Barnhardt Residence, a phone number as 5642 Number, an email address as Harkinskevin2284@gmail.com, and that he was working most recently at the St. Louis Area Business Location.

### *Search of the Barnhardt Residence and HARKINS's Statements*

46. On September 10, 2025, FBI Kansas City obtained signed search warrants, through the United States District Court for the Eastern District of Missouri, for the Barnhardt Residence, the Jetta, and **HARKINS's** person. On September 11, 2025, at approximately 6:00 A.M., agents from FBI Kansas City and FBI St. Louis executed a search warrant at the Barnhardt Residence. The owners of the Barnhardt Residence, including their juvenile children, exited the Barnhardt Residence. **HARKINS** exited the Barnhardt Residence where he was detained.

47. During the search of the Barnhardt Residence, agents learned that **HARKINS's** room was a bedroom in the basement. In **HARKINS's** room, investigators located a 9mm handgun, a holster for the handgun, two 17-round magazines, and scraps of fabric that were from a black plaid colored shirt. The two magazines were each filled with 16 rounds of 9mm ammunition. The scraps of fabric from the black plaid colored shirt found in **HARKINS's** bedroom were similar in nature to the black scraps recovered from Bottle Two at the scene of the Target Offenses.

48. **HARKINS** was advised he was not under arrest and was provided his *Miranda* Advisement. He waived his *Miranda* rights and agreed to speak with agents. **HARKINS** provided

the following information. The statements below are not a verbatim resuscitation of statements **HARKINS** made, but rather a summary of those statements.

    a.    **HARKINS** moved from the Kansas City Residence to the Barnhardt Residence in approximately August of 2025. **HARKINS** has been staying with his best friend, who he has known for the past ten years, and his family.

    b.    **HARKINS** initially denied any involvement and said he read about the incident in the news. He believed the incident occurred sometime during the winter. When asked why his vehicle was observed near the scene of the incident, **HARKINS** advised he delivered goods through an online delivery business and has made stops in the area before. **HARKINS** said he is the only person who drives the Jetta. **HARKINS** said he has been leaving his vehicle unlocked at night because he lived in a bad neighborhood and did not want someone to break into his vehicle. **HARKINS** has two sets of keys for the Jetta, and he keeps one set inside the house, and he has at times left the second set in the glovebox of his vehicle. **HARKINS** believed that someone from his neighborhood could have taken his vehicle because he has had issues with his neighbors in the past because of his race. His neighbors also know his schedule and that he works late at night. However, **HARKINS** has never had any issues with his vehicle going missing or being broken into.

    c.    When asked if he knew anyone that has talked or was capable of doing something like this, **HARKINS** initially said he did not, but believed his brother could have done something like this. When asked if he has any knowledge or familiarity with a Molotov Cocktail, he said he did not other than what is seen on movies or TV. **HARKINS** advised his brother had talked about them. His brother harbored a lot of

22

anger and resentment towards the Government. His brother liked the idea of getting guns and hurting people. **HARKINS** explained that his brother has been dealing with a lot of mental health issues, to include schizophrenia, which he was in and out of facilities for. **HARKINS** has had a lot of issues with his brother lately but is concerned that his brother could have been involved in the KC Tesla Center incident. **HARKINS** believed his brother was capable of committing this type of act. His brother had previously requested his assistance in buying a firearm, but **HARKINS** did not want to. **HARKINS** advised that his brother was on social media and had a lot of different online profiles. **HARKINS** has seen his brother post memes on his social media accounts that were "angrily" in nature or "you better run." When asked if his brother had access to firearms, **HARKINS** advised his brother would have had access to **HARKINS's** firearm when he had previously lived with **HARKINS,** however, **HARKINS** kept his handgun locked up and key hidden. **HARKINS** revealed that his brother died recently due to an overdose.

     d.      However, investigators then questioned **HARKINS** about the scraps of fabric that were from a black plaid colored shirt that were located in his bedroom. **HARKINS** then advised he was the one involved in the incident at the Tesla Dealership. **HARKINS** did not recall when it occurred, but believed it happened during the winter.

     e.      **HARKINS** said he was having relational issues with his wife, and they had separated in May of 2024, which caused **HARKINS** to be bitter and angry. **HARKINS** targeted the Tesla Dealership because he was angry with Elon Musk and it was during the period of time when Musk had a big impact in the federal government, which

affected the jobs of lots of people. **HARKINS** believed Musk should not have been involved in the government. **HARKINS** described Musk as a "South African Autocrat" who was trying to buy out and run the country. **HARKINS** described there being issues on both sides of the political spectrum, which is causing the downfall to the country. **HARKINS** said, "the weeds need plucked and the garden looks like shit." **HARKINS** was tired of being dragged through the dirt by a bunch of billionaires.

      f.      **HARKINS** advised alcohol was what gave him the motivation to commit the act, and he was "blackout drunk" when he committed the acts. **HARKINS** had previously been sober from alcohol for over two years, but after the separation, he began binge drinking alcohol. **HARKINS** was by himself.

      g.      **HARKINS** remembered where the Tesla Dealership was, and he did not want to "Google Map" it because he did not want to leave a "digital trace." **HARKINS** left his cell phone at home because he did not want to leave a "digital footprint." **HARKINS** knew that the Jetta could not be tracked. **HARKINS** brought his handgun with an extra magazine. **HARKINS** located several empty beer bottles from a dumpster from a nearby bar to use as the "Molotov Cocktails." **HARKINS** "diced" up the t-shirt, which was used as the wick of the Molotov Cocktails. **HARKINS** brought a gas canister and used the gas from his motorcycle. **HARKINS** assembled the Molotov Cocktails in the snow in the Tesla Dealership parking lot using his gas canister.

      h.      **HARKINS** did not have any previous knowledge on making Molotov Cocktails and did not want to search it on the internet.

      i.      **HARKINS** said he drove to the Tesla Dealership in the Jetta and parked on a nearby residential street. **HARKINS** walked towards the Tesla Dealership, and he

stopped and contemplated it, before discharging multiple rounds into the Tesla vehicles in the parking lot. **HARKINS** reloaded his handgun and then continued to shoot. **HARKINS** estimated he shot thirty-two rounds from his 9mm handgun into the Cybertruck and nearby Tesla vehicles. **HARKINS** then attempted to light the Molotov Cocktails but burned his glove instead. **HARKINS** was having issues lighting the Molotov Cocktails due to the cold temperatures and snow and ice around him, but he threw a few Molotov Cocktails at the Cybertruck. **HARKINS** did not know how many Molotov Cocktails he made, but believed it was two or three. After **HARKINS** threw the Molotov Cocktails, he made his way back to his vehicle where he was stopped by a neighbor. The neighbor confronted **HARKINS** and **HARKINS** told him, "Fuck you" and "Fuck off" and **HARKINS** left in his vehicle. **HARKINS** went to a liquor store and stole a can of liquor and then returned to the scene of the incident to see if any of the vehicles were still on fire.

j.     **HARKINS** admitted the blue Bernzomatic torch belonged to him. He purchased the torch from either Home Depot or Walmart approximately a year ago in December or January of 2024. **HARKINS** advised he never intended the torch to be a lighter of "incendiary devices."

k.     **HARKINS** advised he acted alone and did it out of frustration and anger.

49.     As part of my involvement in this investigation, I also conferred with a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives and was advised that the special agent conducted an inquiry of their NFA Branch to see if **HARKINS** registered a weapon, to include destructive devices commonly referred to as "Molotov Cocktails," in compliance with

25

the National Firearms Act of 1934 ("NFA"). According to the ATF SA, **HARKINS** does not have an NFA weapon registered.

50.      Based on the facts set forth in this affidavit, I believe there is probable cause to believe that **KEVIN A. HARKINS** has committed violations of 18 U.S.C. § 844(i), malicious damage and attempted malicious damage by fire of any property used in interstate commerce, and 26 U.S.C. §§§ 5681(d), 5845(a)(8) and (f), and 5871, unlawful possession of an unregistered firearm (a destructive device).

Further Affiant sayeth naught.

Respectfully submitted,

Christopher F. White
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me via reliable electronic means on September ____12____, 2025.

By telephone at 10:57 am
Signature confirmed

HONORABLE W. BRIAN GADDY
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF MISSOURI

26